1  LAW OFFICES OF MELINDA JANE STEUER
   Melinda J. Steuer, Esq.
2  1107 Second Street
   Suite 230
3  Sacramento, CA 95814
   Tel: (916) 930-0045
4  Email: msteuer@californiainvestoradvocate.com

5  Counsel for Petitioners

6

7

8

9                   UNITED STATES DISTRICT COURT

10       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11  ANDREW MEINNERT and STACEY ELMORE,   )   Case No.: 2:21-cv-01435-MCE-DB
    individually and as Parents and Next Friends of their )
12  minor children,                      )   **STIPULATION AND ORDER FOR**
                                         )   **DISMISSAL WITH PREJUDICE**
13                    Petitioners,       )
                                         )
14          vs.                          )
                                         )
15  CHRISTINE KARNOFSKY LANDSCAPE        )
    DESIGN,                              )
16                    Respondent.        )
                                         )
17  _____

18

19       **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

20          Petitioners ANDREW MEINNERT and STACEY ELMORE, individually and as Parents and

21  Next Friends of their minor children, by and through their counsel of record MELINDA JANE

22  STEUER of the LAW OFFICES OF MELINDA JANE STEUER, and Respondent CHRISTINE

23  KARNOFSKY LANDSCAPE DESIGN, by and through its counsel of record, ALAN R.

24  WECHSLER of MOUNTAINSIDE LAW, hereby stipulate to dismiss with prejudice this entire

25  ///

26  ///

27  ///

28  ///

action and all claims therein against Respondent CHRISTINE KARNOFSKY LANDSCAPE DESIGN, with each party to bear their own attorneys' fees and costs.

LAW OFFICES OF MELINDA                MOUNTAINSIDE LAW
 JANE STEUER

/s/ Melinda Jane Steuer                      /s/ Alan R. Wechsler
Cal. Bar No. 216105                              Cal. Bar No. 213701
1107 Second Street, Suite 230          940 Southwood Blvd, Suite 102
Sacramento, CA 95814                      Incline Village, NV  89451
*Attorney for Petitioners*                    *Attorney for Respondents*

**IT IS SO ORDERED.**

Dated:  May 13, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE